# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur Montoya, Jr., <br> Petitioner, <br> v. <br> Charles L. Ryan, et. al., <br> Respondents. | No. CV-16-4185-PHX-DLR <br><br> **ORDER** <br> **and** <br> **DENIAL OF CERTIFICATE OF APPEALABILITY AND IN FORMA PAUPERIS STATUS** |

Pending before the Court is the Report and Recommendation (R&R) of Magistrate Judge James F. Metcalf (Doc. 10) regarding Petitioner Arthur Montoya, Jr.'s Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1). The R&R recommends that the Petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (Doc. 10 at 16-17 (citing Fed. R. Civ. P. 72(b)). Petitioner filed objections on June 19, 2017, (Doc. 11), to which Respondents replied (Doc. 12).

Although Petitioner's Objection to Report and Recommendation is a reiteration of his version of the facts of the case, re-urging the same points made in the habeas petition, the Court nonetheless has considered the objections and reviewed the R&R de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the R&R to which specific objections are made). The Court agrees with the Magistrate Judge's determinations, accepts the recommended

decision within the meaning of Rule 72(b), and overrules Petitioner's objections. *See* § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

**IT IS ORDERED** that R&R of Magistrate Judge Metcalf (Doc. 10) is **ACCEPTED**. The Clerk of the Court enter judgment denying and dismissing Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1) with prejudice. The Clerk shall terminate this action.

**IT IS FURTHER ORDERED** that, having considered the issuance of a Certificate of Appealability from the order denying Petitioner's Petition for a Writ of Habeas Corpus, a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because dismissal of the Petition is justified by a plain procedural bar.

Dated this 29th day of June, 2017.

Douglas L. Rayes
United States District Judge